UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS A.S.,[1]<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.<br>Respondents. | No. 1:26-cv-05587-TLN-SCR<br>A# 098-789-181<br>**ORDER** |

Before the Court is Petitioner Jose Luis A.S.'s ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1), Motion to Appoint Counsel (ECF No. 2), and Respondents' Motion to Lift No Transfer Order (ECF No. 8).

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, Petitioner's Motion to Appoint Counsel (ECF No. 3) is GRANTED.

**Within seven (7) court days from the date of this Order**, the appointing authority for

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initials, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

**Within seven (7) court days of the Court's Order identifying appointed counsel,** counsel shall file a reply brief to Respondents' Motion to Lift No Transfer Order (ECF No. 8).

The Clerk of the Court shall serve a copy of this Order, the § 2241 Petition (ECF No. 1), and the pending Motion to Lift No Transfer Order (ECF No. 8) on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

DATE: August 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE